IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AFL PHILADELPHIA LLC, and,<br>JON BONGIOVI, JR., | : | CIVIL ACTION |
| Plaintiffs,<br>v. | : | |
| | : | NO. 09-614 |
| JOSEPH E. KRAUSE, JR. | : | |
| Defendant. | : | |

FILED
JUN - 4 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this **4th** day of June 2009, after reviewing Plaintiffs' Motion to Dismiss Defendant's Counterclaims, it is hereby ORDERED that Plaintiffs' Motion (Doc. No. 9) is DENIED.

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.

O:\Shelley\09-614 AFL v. Krause\Order MTD.wpd